UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.   EDCV 17-2496-SJO (KS)                                       Date: June 25, 2018

Title   *Sabin Iantoc v. Cynthia Entzel*

Present: The Honorable:   Karen L. Stevenson, United States Magistrate Judge

Roxanne Horan-Walker
Deputy Clerk

Court Reporter / Recorder

Attorneys Present for Plaintiffs:                    Attorneys Present for Defendants:

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

On December 14, 2017, Petitioner, an inmate in the custody of the Federal Bureau of Prisons who is proceeding *pro se* and *in forma* pauperis, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (the "Petition").  (Dkt. No. 1.)  On December 21, 2017, the Court issued its case management order ("December 21, 2017 Order"), which stated, *inter alia*, "[i]f Respondent files a motion to dismiss, Petitioner shall file his opposition, if any, to the motion within 30 days of the date of service thereof."  (Dkt. No. 5.)

On February 5, 2018, Respondent filed a Motion to Dismiss the Petition for lack of exhaustion (the "Motion").  (Dkt. No. 10.)  Pursuant to the Court's December 21, 2017 Order, Petitioner's Opposition to the Motion was due no later than March 7, 2018. However, Petitioner failed to file an opposition on or before the March 7, 2018 deadline. Accordingly, on March 29, 2018, more than three weeks after the deadline for Petitioner's opposition had passed, the Court ordered Petitioner to show cause no later than April 28, 2018 why the Court should not recommend dismissal based on Petitioner's failure to prosecute and oppose the motion to dismiss.  (Dkt. No. 11.)

On April 9, 2018, Petitioner requested an extension of time, stating that he was being held in administrative detention and awaiting transfer to another prison.  (Dkt. No. 12.)  Accordingly, on April 16, 2018, the Court discharged the order to show cause, granted Petitioner's request for an extension, and ordered Petitioner to file the Opposition no later than May 28, 2018.  (Dkt. No. 13.)  More than three weeks have now passed

since Petitioner's Opposition was due and more than two months have passed since Petitioner last communicated with the Court about his case. Petitioner has not informed the Court about any change in address. *See also* L.R. 41-6 (Court may dismiss action if mail directed by the Clerk to a pro se plaintiff's address of record is returned undelivered and that plaintiff fails to notify the Court and opposing parties of his current address within fifteen days of the service date).

As the Court previously informed Petitioner, Local Rule 7-12 states that a party's failure to file a required document such as an opposition to a motion "may be deemed consent to the granting [ ] of the motion." Further, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, an action may be subject to involuntary dismissal if a petitioner "fails to prosecute or to comply with these rules or a court order." Thus, the Court could properly recommend dismissal of the action for Petitioner's failure to oppose the Motion and timely comply with the Court's orders.

However, in the interests of justice, the Court grants Petitioner one <u>final</u> opportunity to prosecute this action. Accordingly, Petitioner is **ORDERED TO SHOW CAUSE on or before July 16, 2018** why the action should not be dismissed under Local Rule 7-12 and Rule 41(b) of the Federal Rules of Civil Procedure. To avoid dismissal, Petitioner's response to this Order must include <u>either</u>: (1) a complete and detailed opposition (in a manner fully complying with the Local Rules) to the Motion to Dismiss; or (2) a request for an extension to file the Opposition accompanied by a sworn declaration (not to exceed 3 pages) establishing good cause for Petitioner's failure to timely respond to the Motion to Dismiss.

<u>Alternatively</u>, Petitioner may discharge this Order and dismiss this case by filing a signed document entitled a "Notice of Voluntary Dismissal" requesting the voluntary dismissal of the action without prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

\\
\\
\\

**CIVIL MINUTES – GENERAL**

Case No.   EDCV 17-2496-SJO (KS)                                    Date: June 25, 2018

Title        *Sabin Iantoc v. Cynthia Entzel*

**Petitioner's failure to timely comply with this order <u>will</u> result in a recommendation of dismissal based on Local Rule 7-12 and Rule 41 of the Federal Rules of Civil Procedure.**

|  | : |
|---|---|
|  | **Initials of Preparer**   rhw |