JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SABIN IANTOC,** ) | **NO. EDCV 17-2496-SJO (KS)** |
| **Petitioner,** ) | |
| ) | |
| **v.** ) | **JUDGMENT** |
| ) | |
| **CYNTHIA ENTZEL, Warden,** ) | |
| ) | |
| **Respondent.** ) | |
| _____ ) | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: 9/6/2018

_S. James Otero_

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE